UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KAYTLYNN EDDLEMAN AND HOLLY VILLA | C.A. No. _____ |
| VERSUS | JUDGE _____ |
| GREWAL GROUP OF HOTELS INC. | MAGISTRATE _____ |

## **NOTICE OF REMOVAL**

Grewal Group of Hotels Inc. ("Grewal") removes this action on the following grounds:

1.

On or about January 20, 2022, Kaytlynn Eddleman and Holly Villa ("Plaintiffs") instituted a civil action by fax filing in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, bearing the caption: *"Kaytlynn Eddleman and Holly Villa v. Grewal Group of Hotels Inc.,"* Docket No. C-715194, Section 30 ("Action").

2.

Grewal desires its exercise their right under 28 U.S.C. §1441, *et seq.*, to remove this Action from the 19th Judicial District Court to the United States District Court in and for the Middle District of Louisiana.

3.

This Notice of Removal is timely. Grewal was served with the Plaintiffs' "Petition for Unpaid Wages" ("Original Petition") on February 3, 2022. In accordance with 28

U.S.C. 1446(b), Grewal files its Notice of Removal within thirty (30) days after receipt by Grewal, through service or otherwise, of the Original Petition.

4.

This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States, although Grewal denies any liability whatsoever. In particular, the Plaintiffs specifically alleged a violation of the federal Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* (See, Exhibit A, Original Petition, ¶ 6).

5.

Additionally, pursuant to 28 U.S.C. §1367, this Court shall have supplemental jurisdiction over the Plaintiffs' claims, if any, that do not independently satisfy the requirements of 28 U.S.C. §1331.

6.

In accordance with the provisions of 28 U.S.C. §1446(a), Grewal attaches as Exhibit "A" to this Notice of Removal, the entire suit record as it currently exists in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and all process, pleadings, and other orders served to date.

7.

As required by the provisions of 28 U.S.C. §1446(d), Grewal is giving written notice of the filing of this Notice of Removal to the Plaintiffs, and is filing a copy of this Notice of Removal with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

4895-0183-1439 v1

- 3 -

**WHEREFORE**, Grewal Group of Hotels Inc. removes this action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States District Court in and for the Middle District of Louisiana.

Respectfully Submitted:

*[signature]*

Randal R. Cangelosi, T.A. (#23443)
*randy.cangelosi@keanmiller.com*
A. Edward Hardin, Jr. (#25079)
*edward.hardin@keanmiller.com*
Molly J. Gunnels (#38249)
*molly.gunnels@keanmiller.com*
KEAN MILLER LLP
II City Plaza, Suite 700
400 Convention Street
P. O. Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999

*Attorneys for Grewal Group of Hotels Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been placed in the U.S. Mail, postage prepaid, and addressed to:

Gregory J. Miller
Miller, Hampton & Hilgendorf
3960 Government Street
Baton Rouge, LA  70806

Honorable Doug Welborn
Clerk of Court, Parish of East Baton Rouge
19th Judicial District Court
300 North Boulevard
Baton Rouge, LA  70801

Baton Rouge, Louisiana, this _16th_ day of February, 2022.

_____
A. Edward Hardin, Jr.

4895-0183-1439 v1