```
                                    TX Result Report                          P   1
                                                                      01/20/2022 15:42
                                                                Serial No.  AC75011000372
                                                                       TC:       83262
```

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 93432870 | 01-20 15:40 | 00:01:20 | 001/001 | OK | |

Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
      DRG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
      FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
      FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin,
      IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
        TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
        Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
        POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
        DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
        DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.



# Doug Welborn
### Clerk of Court
### 19th Judicial District
### Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

**FROM: SUIT ACCOUNTING DEPARTMENT**                Date: JANUARY 20, 2022

**FAX NUMBER: (225) 389-3392**                       Suit No.: C-715194

**To: GREGORY JOHN MILLER**                          Section: 30

**KAYTLYNN EDDLEMAN, ET AL VS. GREWAL GROUP OF HOTELS INC.**

**Total Amount Due (Includes all applicable fees below) $520.00**

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 904-CIVIL CASE REPORTING FORM | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 2 PAGES |
| 5004-REQUEST NTC-CV | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 01/20/2022, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Megan Q. Batiste*

**Deputy Clerk of Court for
Doug Welborn, Clerk of Court**

Suit Accounting Dept. Form #6 Rev. 08/26/14



EXHIBIT A

## Miller, Hampton & Hilgendorf

Attorneys at Law
3960 Government St.
Baton Rouge, LA 70806
PHONE: (225) 343-2205
FAX PHONE: (225) 343-2870

EAST BATON ROUGE PARISH   C-715194
Filed Jan 20, 2022 2:45 PM    30
Deputy Clerk of Court

# Fax

TO: 19th JDC                         FROM: GREGORY MILLER
ATTN: Clerk of Court                 PAGES: 6
FAX: 225-389-3392                    DATE: 01/20/22
RE: Eddleman/Villa vs. SNEWS
    Crewal group, etal / Suit        CC:

☐ Urgent   ☒ For your review   ☐ Please comment   ☐ Reply ASAP

Notes:

Confidentiality Notice: This Facsimile transmission and the documents accompanying it may contain work product and/or privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the above via the United States Postal Service. Thank you.

# Miller, Hampton & Hilgendorf

Attorneys at Law

Gregory J. Miller, Attorney
Bernard Hampton, Attorney
Amanda Hilgendorf, Attorney
Jordan Messina, Paralegal

3960 Government St.
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870

GJM@mlhlaw.com
BH@mlhlaw.com
Amanda@mlhlaw.com
Paralegal@mlhlaw.com

January 20, 2022

Facsimile: (225) 389-3392

Clerk of Court
19th Judicial District Court
P.O. Box 1991
Baton Rouge, LA 70821

RE: Kaytlynn Eddleman and Holly Villa vs. Grewal Group of Hotels, Inc.
New Suit
19th Judicial District Court, Parish of East Baton Rouge

Dear Clerk:

Attached please find a *Civil Case Cover Sheet, Petition for Unpaid Wages, and Request for Notice of Trial Date, etc.* to be fax-filed in the above referenced matter this date. The originals will be filed in the record within 7 days. Please send confirmation upon receipt.

Thank you for your cooperation and assistance. Please contact us if you have any questions.

Sincerely,

Jordan Messina
Paralegal

Encl.

**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Kaytlynn Eddleman and Holly Villa

EAST BATON ROUGE PARISH
Filed Jan 20, 2022 2:45 PM
Deputy Clerk of Court
C-715194
30

vs.

Grewal Group of Hotels, Inc.

Court: 19th JDC   Docket Number: _____

Parish of Filing: East Baton Rouge   Filing Date: 01/20/22

Name of Lead Petitioner's Attorney: Gregory J. Miller

Name of Self-Represented Litigant: _____

Number of named petitioners: 2   Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

___ Auto: Personal Injury              ___ Auto: Property Damage
___ Auto: Wrongful Death               ___ Auto: Uninsured Motorist
___ Asbestos: Property Damage          ___ Asbestos: Personal Injury/Death
___ Product Liability                  ___ Premise Liability
___ Intentional Bodily Injury          ___ Intentional Property Damage
___ Intentional Wrongful Death         ___ Unfair Business Practice
___ Business Tort                      ___ Fraud
___ Defamation                         ___ Professional Negligence
___ Environmental Tort                 ___ Medical Malpractice
___ Intellectual Property              ___ Toxic Tort
___ Legal Malpractice                  ✓ Other Tort (describe below)
___ Other Professional Malpractice     ___ Redhibition
___ Maritime                           ___ Class action (nature of case)
___ Wrongful Death                     Wage Claim
___ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
Unpaid Wages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name: Gregory J. Miller   Signature: _____
Address: 3960 Government St., Baton Rouge, LA 70806
Phone number: 225-343-2205   E-mail address: gjm@mlblaw.com

EAST BATON ROUGE PARISH   C-715194
Filed Jan 20, 2022 2:45 PM    30
Deputy Clerk of Court

| KAYTLYNN EDDLEMAN AND HOLLY VILLA | SUIT NO.           DIV. |
|---|---|
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
|  | PARISH OF EAST BATON ROUGE |
| GREWAL GROUP OF HOTELS INC. | STATE OF LOUISIANA |

## PETITION FOR UNPAID WAGES

NOW INTO COURT, through undersigned counsel come Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, persons of the full age of majority and residents of Baker and Gonzales, Louisiana, who pray that this Honorable Court enforce their wage claim against their former employer, **GREWAL GROUP OF HOTELS INC.** as follows:

**1.**

This is a wage claim pursuant to La R.S. 23:631-632 et seq. and unpaid overtime wages as required under the Fair Labor Standards Act, as amended under 29 U.S.C. Sec. 201 et seq. and 29 CFR Sections 510 to 794.

**2.**

Made Defendant is **GREWAL GROUP OF HOTELS INC.**, a business corporation, who is authorized to do business in the State of Louisiana.

**3.**

Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, are former employees of the Defendant, **GREWAL GROUP OF HOTELS INC.**, at Defendant's Baton Rouge location located at 9990 Airline Highway, Baton Rouge La, 70816. Plaintiffs ended their employment in June 2021.

**4.**

At the end of their employment, Plaintiffs were owed their unpaid wages for hours worked with Defendant. Plaintiffs were all employed as full-time employees of the Defendant, and all worked overtime hours each and every pay period from the date of hire up until the date they left the company. Defendant failed and refused to pay them for their overtime hours.

**5.**

Plaintiffs contacted defendant regarding these unpaid wages and defendant has refused to pay their unpaid wages.

**6.**

To date, defendant has failed to tender to Plaintiffs the wages that are due and willfully failed to pay Plaintiffs the required overtime compensation pursuant to the Fair Labor Standards Act. Therefore, Defendant is now liable to Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, for wage penalties totaling to ninety (90) days of wages at their average daily rate of pay, plus attorney's fees all in accordance with the laws of Louisiana pursuant to La. R.S. 23:631-632, et seq. and the amount of all unpaid overtime wages, plus an equivalent amount of liquated damages, reasonable attorney's fees, and all costs of this litigation, all pursuant to the provisions of 29 U.S.C. Sec. 216.

**WHEREFORE**, Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, pray that after all due legal proceedings have been held, this Honorable Court will render judgment herein in their favor and against the Defendant, **GREWAL GROUP OF HOTELS INC.**, for statutory penalties, with interest from date of judicial demand, until paid, for all costs of the proceedings, with reasonable attorney's fees, and for notice of all judgments or decrees of this Honorable Court, whether interlocutory or final.

Respectfully submitted:

Gregory J. Miller (#17059)
**Miller, Hampton, & Hilgendorf**
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870

**PLEASE SERVE:**

**GREWAL GROUP OF HOTELS INC.**
Through its registered agent for service
Jas Virk
9990 Airline Hwy
Baton Rouge, LA 70816

EAST BATON ROUGE PARISH  C-715194
Filed Jan 24, 2022 2:00 PM      30
Deputy Clerk of Court
FAX Received Jan 20, 2022

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Kaytlynn Eddleman and Holly Villa

vs.

Court: 19th JDC       Grewal Group of Hotels, Inc.
Docket Number: C-715194 Sec. 30

Parish of Filing: East Baton Rouge   Filing Date: 01/20/22

Name of Lead Petitioner's Attorney: Gregory J. Miller

Name of Self-Represented Litigant: _____

Number of named petitioners: 2        Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__Auto: Personal Injury          __Auto: Property Damage
__Auto: Wrongful Death           __Auto: Uninsured Motorist
__Asbestos: Property Damage      __Asbestos: Personal Injury/Death
__Product Liability              __Premise Liability
__Intentional Bodily Injury      __Intentional Property Damage
__Intentional Wrongful Death     __Unfair Business Practice
__Business Tort                  __Fraud
__Defamation                     __Professional Negligence
__Environmental Tort             __Medical Malpractice
__Intellectual Property          __Toxic Tort
__Legal Malpractice              ✓Other Tort (describe below)
__Other Professional Malpractice __Redhibition
__Maritime                       __Class action (nature of case)
__Wrongful Death                 Wage Claim
__General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
Unpaid wages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name: Gregory J. Miller      Signature: _____
Address: 3960 Government St., Baton Rouge, LA 70806
Phone number: 225-343-2205   E-mail address: gjm@mlblaw.com

EAST BATON ROUGE PARISH C-715194
Filed Jan 24, 2022 2:00 PM 30
Deputy Clerk of Court
FAX Received Jan 20, 2022

KAYTLYNN EDDLEMAN
AND HOLLY VILLA

VERSUS

GREWAL GROUP OF HOTELS INC.

SUIT NO. C-715194   DIV. 30

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR UNPAID WAGES

**NOW INTO COURT**, through undersigned counsel come Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, persons of the full age of majority and residents of Baker and Gonzales, Louisiana, who pray that this Honorable Court enforce their wage claim against their former employer, **GREWAL GROUP OF HOTELS INC.** as follows:

**1.**

This is a wage claim pursuant to La R.S. 23:631-632 et seq. and unpaid overtime wages as required under the Fair Labor Standards Act, as amended under 29 U.S.C. Sec. 201 et seq. and 29 CFR Sections 510 to 794.

**2.**

Made Defendant is **GREWAL GROUP OF HOTELS INC.**, a business corporation, who is authorized to do business in the State of Louisiana.

**3.**

Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA**, are former employees of the Defendant, **GREWAL GROUP OF HOTELS INC.**, at Defendant's Baton Rouge location located at 9990 Airline Highway, Baton Rouge La, 70816. Plaintiffs ended their employment in June 2021.

**4.**

At the end of their employment, Plaintiffs were owed their unpaid wages for hours worked with Defendant. Plaintiffs were all employed as full-time employees of the Defendant, and all worked overtime hours each and every pay period from the date of hire up until the date they left the company. Defendant failed and refused to pay them for their overtime hours.

**5.**

Plaintiffs contacted defendant regarding these unpaid wages and defendant has refused to pay their unpaid wages.

6.

To date, defendant has failed to tender to Plaintiffs the wages that are due and willfully failed to pay Plaintiffs the required overtime compensation pursuant to the Fair Labor Standards Act. Therefore, Defendant is now liable to Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA,** for wage penalties totaling to ninety (90) days of wages at their average daily rate of pay, plus attorney's fees all in accordance with the laws of Louisiana pursuant to La. R.S. 23:631-632, et seq. and the amount of all unpaid overtime wages, plus an equivalent amount of liquated damages, reasonable attorney's fees, and all costs of this litigation, all pursuant to the provisions of 29 U.S.C. Sec. 216.

**WHEREFORE,** Plaintiffs, **KAYTLYNN EDDLEMAN AND HOLLY VILLA,** pray that after all due legal proceedings have been held, this Honorable Court will render judgment herein in their favor and against the Defendant, **GREWAL GROUP OF HOTELS INC.,** for statutory penalties, with interest from date of judicial demand, until paid, for all costs of the proceedings, with reasonable attorney's fees, and for notice of all judgments or decrees of this Honorable Court, whether interlocutory or final.

Respectfully submitted:

Gregory J. Miller (#17059)
**Miller, Hampton, & Hilgendorf**
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870

**PLEASE SERVE:**

**GREWAL GROUP OF HOTELS INC.**
Through its registered agent for service
Jas Virk
9990 Airline Hwy
Baton Rouge, LA 70816

EAST BATON ROUGE PARISH  C-715194
Filed Jan 24, 2022 2:00 PM    30
Deputy Clerk of Court
FAX Received Jan 20, 2022

| | |
|---|---|
| KAYTLYNN EDDLEMAN<br>AND HOLLY VILLA | SUIT NO. C-715194  DIV. 30 |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| GREWAL GROUP OF HOTELS INC. | STATE OF LOUISIANA |

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

To the Clerk of the 19th Judicial District Court, within and for the Parish of East Baton Rouge, State of Louisiana:

**PLEASE TAKE NOTICE** that Gregory J. Miller of Miller, Hampton & Hilgendorf, does hereby request written notice of the date of the trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court, as provided in Louisiana Code of Civil Procedure, particularly Article 1572, 1913 and 1914.

Respectfully submitted:

Gregory J. Miller (#17059)
**Miller, Hampton, & Hilgendorf**
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870

# RETURN COPY

D8270621

## CITATION

KAYTLYNN EDDLEMAN, ET AL
(Plaintiff)

VS

GREWAL GROUP OF HOTELS INC.
(Defendant)

NUMBER C-715194 "30"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **GREWAL GROUP OF HOTELS INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE
JAS VIRK
9990 AIRLINE HWY
BATON ROUGE, LA 70816**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JANUARY 25, 2022**.



*Farlisha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MILLER, GREGORY JOHN**
*The following documents are attached:

**PETITION FOR DAMAGES, REQ FOR NOTICE**

**SERVICE INFORMATION:**

Received on the 3 day of Feb, 20 22 and on the 3 day of Feb, 20 22, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 9990 Airline.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 3 day of Feb, 20 22

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

E. Gaspard
Deputy Sheriff
Parish of East Baton Rouge

DY. E. GASPARD 0922
PHONE# 225-803-1671

CITATION-2000

**PERSONAL**

2-3-22 - p/s - 1:40
jasmine wright - (Desk Office)

RECEIVED
JAN 2 7 2021
E B R SHERIFF'S OFFICE

EAST BATON ROUGE PARISH  C-715194
Filed Feb 14, 2022 12:05 PM    30
Deputy Clerk of Court

Feb. 15, 2022

Grewal Group of Hotels Inc
9990 Airline Hwy.
Baton Rouge, LA 70816

To

19th Judicial District Court
Parish of East Baton Rouge
State of Louisiana

Citation Number: C-715194 "30"

Re: Kaytlynn Eddleman & Holly Villa
Versus
Grewal Group of Hotels Inc.

Greetings:

We would request you to give us 3 more weeks to file reply to petition because we could not hire any competent attorney so far.

We are in the process of hiring an attorney and will file reply asap.

Thanks

Huy Vu
AGM
For Grewal Group of Hotels Inc
9990, Airline Hwy.
Baton Rouge, LA 70816